# BENNETT HARTMAN, LLP

Attorneys at Law
210 SW MORRISON STREET, SUITE 500
PORTLAND, OREGON 97204-3149
503-227-4600

IN REFERENCE TO MATTER: 14238-00, Samantha Woody (wage class action)

| DATE | | TIMEKEEPER / DESCRIPTION | HOURS |
|---|---|---|---|
| 10/27/2022 | RBM | Telephone conference with Fred Meyer employee; Telephone message regarding same | 0.40 |
| 11/2/2022 | RBM | Email with attorney Olney | 0.10 |
| | MSO | Email with attorney Myers and telephone conference with Union counsel regarding class action wage claims | 0.30 |
| 11/7/2022 | RBM | Telephone conference with Union counsel; Emails regarding same | 0.80 |
| | MSO | Emails with attorney Myers regarding Fred Meyer class action | 0.10 |
| 11/8/2022 | RBM | Emails with Union counsel | 0.20 |
| 11/11/2022 | HMY | Search pacer and OECI for class action suits against Fred Meyers Kroger | 0.50 |
| | RBM | Conference regarding class action wage claims; Travel rt local | 1.90 |
| | RBM | Emails regarding case filings search | 0.10 |
| 11/13/2022 | RBM | Telephone message to client; Email to client | 0.20 |
| 11/14/2022 | LKB | Emails re retainer documents; Research and contacts re: service | 0.70 |
| | RBM | Telephone conference with client; Emails and research regarding same; Draft retainer documents; Review paystubs | 5.40 |
| 11/15/2022 | RBM | Telephone conference with and emails with clients; Additional review of paystubs; Telephone conference with witnesses | 3.70 |
| 11/16/2022 | LKB | Legal research re: prior cases filed against Fred Meyer, Kroger, and QFC | 1.00 |
| | HMY | Download pay stubs; Review and discuss filing complaint with federal court; Fill out and prepare civil cover sheet and summons | 1.00 |
| | RBM | Emails and telephone conference with client and witnesses; Additional review of documents; Continue drafting complaint; Research regarding same | 4.10 |
| 11/17/2022 | LKB | Send documents to C. Trent for signature; Download same | 0.20 |
| | LKB | File complaint in Oregon USDC | 1.00 |
| | HMY | Run federal and state court searches; Prepare and file complaint with federal court; Resubmit civil cover sheet | 1.80 |
| | RBM | Email from opposing counsel; Review personnel records; Emails and telephone conference with clients; Finish drafting complaint | 1.70 |

| | | | |
|---|---|---|---|
| 11/18/2022 | LKB | Legal research for prior cases filed against defendant | 0.40 |
| | LKB | Representation documents to plaintiff for signature | 0.20 |
| | HMY | Download USDC filings and email to attorney re: service | 0.20 |
| | RBM | Emails regarding complaint; Emails and telephone conference with client | 2.30 |
| 11/21/2022 | LKB | Legal research for any other class actions filed | 0.20 |
| | RBM | Emails and telephone conferences regarding class suit | 0.50 |
| 11/22/2022 | RBM | Emails with client | 0.10 |
| 11/23/2022 | LKB | Legal research for similar class actions | 1.00 |
| | LKB | Submit public records request to BOLI via email; Email with attorney Myers re: same | 0.10 |
| | LKB | Download signed documents from D. Cruz | 0.10 |
| | RBM | Emails with client; Telephone message from client | 0.40 |
| 11/27/2022 | RBM | Telephone message to class representative; Emails with class representative; Telephone conference with witness | 0.50 |
| 11/28/2022 | LKB | Download signed retainer documents from A. Allen | 0.30 |
| | KDF | Research; Draft memorandum regarding issues relating to breadth of class definition | 5.70 |
| | RBM | Emails and telephone conference regarding claims; Draft and email additional retainers; Begin editing complaint for first amended version | 3.10 |
| 11/29/2022 | RBM | Review memorandum from associate; Caselaw review regarding same; Conference and emails regarding same | 0.60 |
| | RBM | Emails with client | 0.10 |
| | KDF | Conference with attorney Myers | 0.50 |
| 11/30/2022 | RBM | Additional edits to amended complaint; Caselaw search; Emails with clients | 1.50 |
| 12/1/2022 | LKB | Send documents for signature to Lauritsen and Ward via RightSignature | 0.20 |
| | HMY | Review rules and process for amended complaint filing in federal court; File first amended complaint with the court | 0.60 |
| | RBM | Edit amended complaint; Emails with clients; Telephone conference and emails with witnesses; Review paystubs | 4.30 |
| 12/2/2022 | RBM | Telephone message from client; Telephone conference with client; Telephone conference with witness | 0.80 |
| 12/5/2022 | HMY | Prepare and send documents to ABC Legal for service | 0.30 |
| 12/7/2022 | RBM | Telephone message from client and telephone conference with client | 0.30 |
| 12/8/2022 | RBM | Telephone message from client | 0.10 |
| 12/14/2022 | RBM | Telephone message from client; Telephone conference with client | 0.40 |
| 12/19/2022 | HMY | Prepare and file proof of service with the USDC court | 0.40 |
| 12/21/2022 | RBM | Emails and telephone conference with client | 0.30 |

| | | | |
|---|---|---|---|
| 12/22/2022 | RBM | Telephone message from client; Emails with client | 0.20 |
| 12/23/2022 | RBM | Emails with client | 0.10 |
| 1/4/2023 | LKB | Download pleadings | 0.10 |
| | RBM | Review answer; Defendant entity research regarding same | 0.30 |
| 1/6/2023 | RBM | Emails with client; Review related complaint; Defendant entity research | 0.70 |
| 1/11/2023 | RBM | Telephone message from witness and telephone conference with witness | 0.40 |
| 1/12/2023 | RBM | Telephone conference with witness | 0.30 |
| 1/13/2023 | LKB | Legal research; Email with attorney Myers | 0.40 |
| | RBM | Emails with opposing counsel and court clerk | 0.10 |
| 1/19/2023 | RBM | Conference with Union representative | 0.10 |
| 1/21/2023 | RBM | Defendant entity research | 0.20 |
| 1/23/2023 | LKB | Legal research for similar cases filed | 0.50 |
| | RBM | Emails with court clerk | 0.10 |
| 1/26/2023 | RBM | Emails regarding additional wage errors | 0.20 |
| 1/30/2023 | RBM | Emails with Union | 0.10 |
| 1/31/2023 | RBM | Emails and telephone conference | 1.10 |
| | RBM | Emails with opposing counsel | 0.10 |
| 2/1/2023 | LKB | Pacer search and download documents | 0.40 |
| | RBM | Telephone conference with opposing counsel | 0.10 |
| 2/2/2023 | DPJ | Conference with attorney Myers regarding legal research | 0.10 |
| | RBM | Conference with attorney Jensen regarding research; Emails to same | 0.20 |
| 2/3/2023 | RBM | Emails with opposing counsel; Draft scheduling order; Review client file; Calendar and court rules regarding same; Email to court clerk | 0.50 |
| 2/4/2023 | RBM | Emails with client | 0.10 |
| 2/6/2023 | RBM | Internal emails and discussion regarding witness contracts and data collection; Telephone conference with witness | 0.60 |
| | RBM | Research regarding ERP product | 1.00 |
| | RBM | Rule 16 conference with court | 0.30 |
| 2/7/2023 | LKB | Create web questionnaire form; Email with attorney Myers | 0.30 |
| | RBM | Emails regarding web form contacts; Edit same | 0.90 |
| 2/8/2023 | LKB | Update questionnaire form | 0.30 |
| | RBM | Additional emails; Review and edits regarding web form | 0.70 |
| 2/9/2023 | LKB | Download web form response data | 0.10 |

| | | | |
|---|---|---|---|
| | DPJ | Research caselaw on preliminary injunctions in wage claim class actions | 2.00 |
| | RBM | Emails regarding data collection; Emails with witnesses | 0.50 |
| | RBM | Conference with attorney Masih regarding injunction | 0.30 |
| | RBM | Telephone conference and emails regarding injunction | 0.40 |
| 2/9/2023 | AAM | Conference with attorney Myers regarding injunction | 0.30 |
| 2/10/2023 | DPJ | Research cases pertaining to injunctive relief in wage claim class actions (5.0); Download several cases and forward to attorney Myers (.3); Email case and research summary to attorney Myers (.2) | 5.50 |
| 2/15/2023 | LKB | Download new web form response | 0.10 |
| 2/16/2023 | RBM | Review case law on injunction | 0.40 |
| | RBM | Emails with client | 0.20 |
| 2/17/2023 | LKB | Conference with Fred Meyer employee | 0.60 |
| 2/20/2023 | RBM | Emails with client | 0.10 |
| | RBM | Emails with Union counsel; Draft agreement; Research regarding same | 0.60 |
| 2/22/2023 | RBM | Telephone conference with potential witnesses | 0.50 |
| 2/26/2023 | RBM | Respond to contacts from witnesses; Research regarding same | 0.70 |
| 2/27/2023 | RBM | Emails regarding research; Review materials from same | 0.30 |
| 2/28/2023 | LKB | Conference with attorney Myers; Contact Fred Meyer employees | 1.30 |
| | RBM | Telephone conference with potential witness; Research regarding same | 0.90 |
| | RBM | Draft request for production; Begin drafting interrogatories; Research regarding same; Review documents regarding same; Email to opposing counsel regarding same | 3.80 |
| 3/1/2023 | LKB | Telephone calls with Fred Meyer employees; Email to attorney Myers | 0.40 |
| | RBM | Telephone conference with witness | 0.40 |
| 3/7/2023 | RBM | Emails with clients | 0.40 |
| 3/9/2023 | LKB | Conference with Fred Meyer employee; Send web form via email, download and email same | 0.30 |
| 3/10/2023 | RBM | Emails with client | 0.10 |
| 3/14/2023 | RBM | Emails with client | 0.10 |
| 3/16/2023 | LKB | Download web form from Fred Meyer employee | 0.10 |
| | RBM | Emails with Union counsel; Additional review and edit of agreement | 0.30 |
| 3/27/2023 | RBM | Follow up to witness contact | 0.10 |
| 3/30/2023 | LKB | Download and email employee web form to attorney Myers | 0.10 |
| 3/30/2023 | RBM | Emails regarding discovery | 0.20 |
| 3/31/2023 | LKB | Download discovery from defendant | 0.10 |

| | | | |
|---|---|---|---|
| 4/3/2023 | RBM | Emails with client | 0.20 |
| 4/5/2023 | LKB | Emails to potential class members re: copies of paystubs; Download and organize same | 0.60 |
| 4/10/2023 | LKB | Scan payroll information from potential class members | 1.00 |
| 4/12/2023 | LKB | Download web form from potential class member | 0.10 |
| 4/13/2023 | LKB | Email to potential class member re: copy of paystubs | 0.10 |
| 4/25/2023 | RBM | Emails with client | 0.10 |
| 5/8/2023 | RBM | Emails with witness | 0.10 |
| 5/9/2023 | RBM | Telephone conference with witness | 0.30 |
| 5/10/2023 | LKB | Download employee web form response; Email to attorney Myers; Email to employee for paystubs | 0.20 |
| | RBM | Emails regarding discovery | 0.10 |
| | RBM | Telephone conference with Union | 0.20 |
| 5/17/2023 | RBM | Emails regarding other class actions | 0.10 |
| 5/24/2023 | LKB | Research federal case filings | 1.00 |
| 5/31/2023 | LKB | Legal research | 1.50 |
| 6/6/2023 | LKB | Download pay stub information from potential class representative | 0.10 |
| 6/7/2023 | RBM | Emails with client | 0.10 |
| 6/16/2023 | RBM | Email to opposing counsel | 0.10 |
| 6/19/2023 | RBM | Emails with client | 0.10 |
| 6/21/2023 | RBM | Emails to opposing counsel | 0.10 |
| 6/26/2023 | RBM | Emails with opposing counsel | 0.10 |
| | RBM | Emails with opposing counsel regarding discovery conferral | 0.10 |
| | RBM | Emails with client | 0.10 |
| 6/27/2023 | RBM | Email to opposing counsel regarding discovery conferral | 0.10 |
| 6/30/2023 | RBM | Edits to protective order; Review discovery requests; Emails with opposing counsel regarding same | 0.40 |
| 7/5/2023 | HMY | File stipulated protective order with the court | 0.40 |
| | RBM | Emails with opposing counsel; Review discovery pleadings regarding same; Conferral with opposing counsel | 0.50 |
| 7/6/2023 | RBM | Telephone conference with witness | 0.20 |
| 7/10/2023 | RBM | Emails with client | 0.20 |
| 7/11/2023 | RBM | Emails and telephone conference with client | 0.60 |
| 7/20/2023 | RBM | Emails with potential client | 0.10 |
| 7/21/2023 | EAM | Review documents for bates stamps | 1.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | RBM | Emails to opposing counsel regarding discovery; Review pleadings and production regarding same; Emails with law clerk; Telephone conference with client regarding same | 1.30 |
| | RBM | Emails with client | 0.10 |
| | RBM | Emails with potential client | 0.10 |
| 7/24/2023 | EAM | Review documents for bates stamps | 0.50 |
| | RBM | Telephone conference with client; Emails with client | 0.30 |
| | RBM | Additional review of discovery; Emails with law clerk regarding same; Emails with opposing counsel regarding same; Email to court | 1.00 |
| 7/25/2023 | RBM | Emails with opposing counsel and court clerk; Review correspondence and discovery pleadings regarding same | 0.40 |
| | RBM | Review discovery | 1.00 |
| | RBM | Conference with potential expert | 0.50 |
| 7/28/2023 | LKB | Download documents from defendant | 0.20 |
| | RBM | Email to opposing counsel | 0.10 |
| 7/31/2023 | RBM | Emails with opposing counsel | 0.10 |
| 8/2/2023 | LKB | Download supplemental discovery; Combine all electronic discovery | 0.40 |
| | RBM | Review discovery; Draft deposition subjects regarding same; Emails regarding same; Email to Union counsel; Telephone conference with counsel | 2.90 |
| 8/3/2023 | LKB | Upload and send files to law clerk via Dropbox | 0.10 |
| 8/4/2023 | LKB | Download supplemental discovery from defendant | 0.10 |
| | RBM | Emails regarding discovery; Review discovery pleadings | 0.20 |
| 8/5/2023 | RBM | Emails regarding discovery | 0.20 |
| 8/7/2023 | HMY | Review docket re:  scheduling order, emails with attorney re:  same | 0.30 |
| | RBM | Emails with Union attorney | 0.10 |
| | RBM | Emails with opposing counsel | 0.10 |
| 8/8/2023 | RBM | Review discovery | 1.00 |
| 8/9/2023 | LKB | Upload file to Dropbox for law clerk; Combine electronic discovery files | 0.40 |
| | RBM | Emails and telephone conference with law clerk regarding discovery review | 0.50 |
| | RBM | Continue reviewing discovery | 1.70 |
| | RBM | Emails with court clerk; Review correspondence, discovery and discovery pleadings regarding same | 0.80 |
| | EAM | Review and organize discovery | 3.50 |
| 8/11/2023 | RBM | Draft interrogatories and second request for production; Email to opposing counsel | 2.20 |
| 8/14/2023 | RBM | Emails to opposing counsel | 0.10 |

| | | | |
|---|---|---|---|
| | RBM | Emails with client | 0.20 |
| | RBM | Emails with Union attorney; Review discovery regarding same | 0.40 |
| 8/17/2023 | RBM | Email to opposing counsel regarding discovery and case management | 0.40 |
| 8/21/2023 | RBM | Emails with opposing counsel; Telephone message to opposing counsel | 0.20 |
| 8/22/2023 | RBM | Emails with opposing counsel; Draft deposition notices (not served); Review discovery regarding same | 0.60 |
| | RBM | Telephone conference with Union | 0.30 |
| 8/23/2023 | RBM | Draft joint motion for extension of deadlines; Review file regarding same; Email to opposing counsel | 0.30 |
| 8/25/2023 | RBM | Prepare for discovery conferral with opposing counsel; Discovery video conference | 0.70 |
| 8/30/2023 | HMY | File MOET with the court | 0.20 |
| 8/30/2023 | RBM | Edit motion for extension of deadlines | 0.10 |
| | RBM | Email to opposing counsel regarding discovery; Review correspondence and discovery pleadings regarding same | 0.40 |
| 8/31/2023 | RBM | Emails with court clerk | 0.10 |
| 9/1/2023 | RBM | Emails with opposing counsel | 0.10 |
| | RBM | Emails with opposing counsel | 0.10 |
| | RBM | Emails with client | 0.10 |
| 9/5/2023 | RBM | Begin drafting response to request for production and response to interrogatories; Begin compiling discovery; Emails with opposing counsel regarding same | 0.90 |
| 9/6/2023 | RBM | Emails regarding discovery; Additional review of discovery | 0.60 |
| 9/7/2023 | LKB | Download and combine supplemental discovery | 0.50 |
| | LKB | Research and download dockets for Virginia and Ohio cases against Kroger | 0.30 |
| | RBM | Telephone message from client and telephone conference with client | 0.30 |
| | RBM | Emails with paralegal's regarding status check on other cases | 0.10 |
| | RBM | Emails regarding discovery; Review of same | 1.10 |
| 9/8/2023 | RBM | Emails to opposing counsel regarding depositions | 0.10 |
| 9/11/2023 | RBM | Review discovery | 0.80 |
| | RBM | Emails with client | 0.10 |
| 9/12/2023 | LKB | Download supplemental discovery | 0.20 |
| | RBM | Work on drafting topics for organization deposition; Discovery review regarding same | 1.10 |
| 9/13/2023 | RBM | Emails with client | 0.10 |
| 9/14/2023 | RBM | Emails regarding discovery; Review past correspondence regarding same; Edit deposition notices | 0.40 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 9/15/2023 | RBM | Draft responses to discovery pleadings; discovery review and calculations regarding same; email to opposing counsel | 5.70 |
| | RBM | Email to Union counsel | 0.10 |
| 9/18/2023 | LKB | Download and combine supplemental discovery | 0.20 |
| 9/18/2023 | LKB | Schedule court reporter | 0.20 |
| | RBM | Emails with Union counsel | 0.10 |
| 9/21/2023 | RBM | Review discovery | 3.20 |
| 9/25/2023 | RBM | Edit subjects in notice of organization deposition | 0.90 |
| 9/26/2023 | EAC | Review spreadsheets regarding client's name | 1.40 |
| 9/28/2023 | EAC | Review spreadsheets regarding client's name | 1.50 |
| 9/29/2023 | LKB | Download supplemental discovery; Reformat and combine same | 0.40 |
| 10/1/2023 | RBM | Continue drafting subjects for organization deposition notice | 1.00 |
| 10/3/2023 | RBM | Continue drafting subjects for organization deposition notice; Review discovery regarding same | 0.70 |
| 10/4/2023 | RBM | Continue drafting organization deposition notice | 0.40 |
| 10/5/2023 | LKB | Emails with court reporter re: Zoom links | 0.20 |
| | RBM | Emails regarding depositions | 0.10 |
| | RBM | Finish drafting organization deposition notice; Email to opposing counsel regarding discovery matters; Review discovery regarding same | 1.30 |
| | RBM | Review discovery regarding deposition preparation | 0.50 |
| | EAC | Review spreadsheets | 1.30 |
| 10/6/2023 | RBM | Continue preparing for depositions; Review discovery regarding same | 0.70 |
| | EAC | Review spreadsheets | 6.00 |
| 10/8/2023 | RBM | Emails regarding discovery | 0.10 |
| | RBM | Continue preparing for deposition of Tricia Halpin; Review discovery and draft question outline regarding same | 3.30 |
| 10/9/2023 | RBM | Additional preparation regarding Tricia Halpin deposition; Attend Zoom deposition of "Tricia Halpin | 6.40 |
| | RBM | Prepare for Bridget Klare deposition | 2.30 |
| 10/10/2023 | RBM | Additional preparation; Deposition of Bridget Klare | 6.70 |
| | EAC | Review spreadsheets | 3.50 |
| 10/11/2023 | RBM | Email to Union attorney | 0.10 |
| 10/12/2023 | RBM | Emails with opposing counsel regarding deposition | 0.10 |
| | RBM | Emails with Union counsel | 0.10 |
| 10/13/2023 | LKB | Download and combine supplemental discovery | 0.30 |
| | EAC | Review spreadsheets | 4.70 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/15/2023 | RBM | Emails with client | 0.10 |
| 10/16/2023 | RBM | Edit deposition notice; Emails with opposing counsel regarding deposition | 0.20 |
| | EAC | Review spreadsheets | 1.50 |
| 10/18/2023 | RBM | Prepare for conferral with opposing counsel regarding organization deposition notice; Review discovery regarding same; Telephone conference with opposing counsel regarding same | 0.60 |
| 10/20/2023 | RBM | Emails with expert | 0.10 |
| | RBM | Review emails from opposing counsel regarding discovery and deposition | 0.10 |
| 10/22/2023 | RBM | Emails with opposing counsel regarding discovery; Review discovery | 0.70 |
| | RBM | Email to Union counsel | 0.10 |
| | RBM | Emails with expert | 0.10 |
| 10/23/2023 | LKB | Download supplemental discovery | 0.10 |
| 10/24/2023 | LKB | Schedule court reporters and videographers | 0.50 |
| | RBM | Emails with opposing counsel; Edit to organization deposition notice; Review discovery regarding same | 0.30 |
| | EAC | Review spreadsheets | 3.00 |
| 10/26/2023 | EAC | Review spreadsheets | 1.50 |
| 10/27/2023 | RBM | Review discovery | 2.40 |
| | EAC | Review spreadsheets; Email to attorney Myers regarding spreadsheets | 3.70 |
| 10/30/2023 | LKB | Download supplemental production | 0.50 |
| | RBM | Emails with court reporter | 0.10 |
| | RBM | Emails with client | 0.10 |
| 10/31/2023 | RBM | Emails with court reporter | 0.10 |
| 11/1/2023 | RBM | Emails with court reporter | 0.10 |
| 11/1/2023 | RBM | Prepare deposition of Kayla Bartley; Review discovery regarding same; Draft deposition outline | 4.20 |
| 11/2/2023 | RBM | Deposition of Kayla Bartley | 4.20 |
| | RBM | Telephone conference with opposing counsel | 0.20 |
| 11/3/2023 | RBM | Emails to opposing counsel regarding depositions and discovery | 0.10 |
| 11/6/2023 | RBM | Review email from opposing counsel regarding motion to dismiss | 0.10 |
| 11/7/2023 | RBM | Email to opposing counsel regarding organization deposition; Review caselaw regarding same; Review objections and designations | 0.50 |
| 11/8/2023 | RBM | Emails with opposing counsel regarding conferral on motion to dismiss; Review complaint regarding same; Review regarding same | 0.40 |
| | RBM | Begin preparing for organization deposition | 0.80 |
| | RBM | Email to Union counsel | 0.10 |

| | | | |
|---|---|---|---|
| 11/9/2023 | RBM | Emails and telephone conference with clients regarding depositions | 0.50 |
| | RBM | Emails with Union counsel | 0.10 |
| | RBM | Additional preparation for organization deposition; Review discovery regarding same | 1.70 |
| 11/10/2023 | RBM | Deposition of first organization witness; Additional preparation regarding same; Documents review regarding same | 3.60 |
| | RBM | Telephone conference and emails with clients regarding deposition scheduling | 0.50 |
| 11/11/2023 | RBM | Review discovery; Additional research regarding witnesses for deposition; Email to law clerk regarding same | 1.70 |
| 11/12/2023 | RBM | Emails to opposing counsel regarding depositions; Additional review of discovery regarding same | 0.40 |
| | RBM | Finish reviewing discovery for production to defendant; Email to paralegal regarding same | 0.80 |
| 11/13/2023 | LKB | Bates-stamp discovery; Upload to Dropbox; Provide link of same to opposing counsel | 0.60 |
| | RBM | Prepare for organization deposition | 1.30 |
| 11/14/2023 | LKB | Download and email supplemental production to attorney Myers | 0.10 |
| | RBM | Organization deposition of second designated witness; Review discovery regarding same | 3.40 |
| 11/15/2023 | LKB | Download deposition transcripts | 0.10 |
| | RBM | Amend interrogatory response; Email to opposing counsel regarding same; Review request for production | 0.60 |
| | RBM | Conferral with opposing counsel regarding defendant's motion for judgment on pleadings and plaintiff's cross motions | 0.30 |
| 11/16/2023 | EAC | Organize data from spreadsheet | 3.00 |
| 11/17/2023 | RBM | Emails with opposing counsel regarding discovery; Review correspondence and discovery pleadings regarding same | 0.20 |
| | EAC | Organize data from spreadsheet | 2.90 |
| 11/19/2023 | RBM | Prepare for deposition; Review deposition transcript regarding same | 3.40 |
| 11/20/2023 | RBM | Last deposition of designated witness; Emails with opposing counsel regarding same; Document review regarding same | 5.40 |
| | RBM | Review motion for judgment on pleadings; Case law search regarding same; Review legislative history regarding same; Email to opposing counsel regarding same | 0.70 |
| | EAC | Organize data from spreadsheet | 3.00 |
| 11/21/2023 | RBM | Emails with court reporter | 0.10 |
| | RBM | Email to expert | 0.10 |
| | RBM | Emails with client | 0.10 |
| 11/22/2023 | LKB | Emails with court reporter re: rush processing transcripts | 0.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | RBM | Emails regarding deposition transcript | 0.10 |
| 11/27/2023 | RBM | Draft deposition notices; Email response to opposing counsel regarding depositions and discovery; Review correspondence and request for production regarding same | 0.40 |
| | RBM | Email to court clerk regarding briefing schedule; Draft joint motion; Emails with opposing counsel regarding same | 0.50 |
| | RBM | Additional legislative history research regarding motion for judgment on the pleadings; Email to archives regarding same | 0.70 |
| | RBM | Draft subpoena production requests; Review discovery regarding same; Email to paralegal regarding same | 0.30 |
| 11/28/2023 | LKB | Draft subpoenas to produce documents; Email to attorney Myers | 1.20 |
| | RBM | Emails with opposing counsel and paralegal regarding filing of joint motion for extension | 0.10 |
| 11/28/2023 | RBM | Emails regarding subpoenas; Edit to same | 0.20 |
| | EAC | Organize data from spreadsheet; Email same to attorney Myers | 0.70 |
| 11/29/2023 | LKB | Download transcripts and exhibits | 0.30 |
| | LKB | Bates-stamp supplemental discovery | 0.10 |
| | RBM | Emails with client and BOLI investigator | 0.50 |
| | RBM | Telephone message to expert; Telephone conference with from expert | 0.60 |
| | RBM | Email to expert; Compile documents regarding same | 0.30 |
| | RBM | Compile documents for production; Email with paralegal regarding same | 0.20 |
| 11/30/2023 | LKB | Update subpoenas; Request subpoena checks | 0.20 |
| | RBM | Emails with paralegal regarding subpoenas | 0.10 |
| | RBM | Email to opposing counsel with discovery production | 0.10 |
| 12/1/2023 | LKB | Download video deposition files; Email to attorney Myers | 0.50 |
| 12/3/2023 | RBM | Review case law regarding response to motion for judgment on pleadings | 0.50 |
| 12/4/2023 | LKB | Update subpoenas; Email to attorney Myers | 0.10 |
| | RBM | Emails with client | 0.10 |
| 12/6/2023 | RBM | Emails with client | 0.10 |
| | RBM | Document review regarding motion for partial summary judgment | 0.60 |
| | RBM | Begin drafting third request for production; Review deposition transcripts regarding same | 0.70 |
| 12/7/2023 | LKB | Update subpoenas | 0.10 |
| | LKB | Schedule court reporters | 0.10 |
| | RBM | Emails with opposing counsel regarding discovery; Review correspondence and discovery pleadings regarding same; Telephone conference with client regarding deposition availability | 0.60 |

| | | | |
|---|---|---|---:|
| | RBM | Email to opposing counsel regarding motion conferral | 0.10 |
| | RBM | Begin drafting response to motion for judgment on pleadings; Case law search and review | 3.90 |
| 12/8/2023 | RBM | Emails with opposing counsel regarding motion for partial summary judgment | 0.10 |
| 12/8/2023 | RBM | Finish drafting plaintiff's response to defendant's motion for judgment on pleadings; Case law search and review regarding same | 8.70 |
| 12/11/2023 | LKB | Print subpoenas; Send out via mail and personal service; Draft acceptance of service for attorney Bishop | 0.80 |
| | LKB | Download supplemental production | 0.10 |
| | RBM | Emails with opposing counsel regarding discovery conferral | 0.10 |
| | RBM | Email to Union counsel regarding subpoena | 0.10 |
| | RBM | Finish drafting third request for production; Review deposition transcripts and notes regarding same; Email to opposing counsel regarding same | 1.70 |
| 12/12/2023 | RBM | Emails regarding discovery production | 0.10 |
| | RBM | Conferral with opposing counsel regarding motion practice and discovery | 0.70 |
| | RBM | Review discovery and case law search regarding conferral with opposing counsel | 0.80 |
| 12/13/2023 | LKB | Emails re: supplemental production from defendant | 0.20 |
| | RBM | Emails regarding subpoena | 0.10 |
| 12/14/2023 | RBM | Email to opposing counsel regarding discovery; Review correspondence regarding same | 0.20 |
| 12/15/2023 | LKB | Download supplemental discovery; Manually search discovery for plaintiffs' names | 2.30 |
| | RBM | Emails regarding discovery | 0.10 |
| 12/16/2023 | RBM | Emails and zoom call with client; Draft memorandum to same | 1.20 |
| 12/17/2023 | RBM | Telephone message and email to client regarding deposition; Draft memorandum regarding same | 0.30 |
| | RBM | Emails regarding discovery; Review correspondence regarding same; Draft MOET; Review interrogatories and draft verification firm; Research | 1.40 |
| 12/18/2023 | LKB | Send forms to plaintiffs for electronic signatures | 0.30 |
| | LKB | Scan and bates-stamp supplemental discovery; Email same to defendant | 0.30 |
| | LKB | Call with D. Cruz re: deposition; Email to attorney Myers re: same | 0.20 |
| | HMY | Prepare and file joint MOET with USDC | 0.30 |
| | RBM | Emails with opposing counsel regarding deposition; Deposition of Samantha Woody; Telephone conferences with client | 3.10 |
| 12/18/2023 | RBM | Meet with client; Deposition of Delia Cruz | 4.20 |

| | | | |
|---|---|---|---|
| | RBM | Emails regarding MOET; Review edits to same | 0.10 |
| | RBM | Emails to clients regarding deposition | 0.10 |
| 12/19/2023 | RBM | Emails regarding depositions and discovery; Edit notice regarding same | 0.20 |
| | RBM | Memorandum to clients regarding depositions; Zoom call and telephone conference regarding same | 1.60 |
| 12/20/2023 | MED | Attend client deposition | 2.20 |
| | RBM | Depositions of Nicole Urvina; Emails and telephone conference with client | 3.40 |
| | RBM | Deposition of April Allen; Telephone conference with client | 2.50 |
| | RBM | Draft amended deposition notices; Review correspondence regarding same; Email to opposing counsel regarding same | 0.20 |
| 12/21/2023 | RBM | Emails and telephone conference regarding subpoena; Revise discovery regarding same | 0.80 |
| 12/22/2023 | LKB | Emails with Bridges Reporting to reschedule depositions | 0.30 |
| | RBM | Telephone conference with counsel for Deloitte regarding subpoena; Email to same | 0.90 |
| | RBM | Emails regarding depositions | 0.10 |
| 12/29/2023 | RBM | Emails with court reporter | 0.10 |
| 12/30/2023 | RBM | Emails with client | 0.10 |
| 1/4/2024 | RBM | Review documents from Union; Emails with Union counsel | 0.20 |
| | RBM | Review documents from Union; Emails with Union counsel | 0.20 |
| 1/5/2024 | RBM | Email from opposing counsel; Review discovery pleadings | 0.10 |
| 1/6/2024 | RBM | Meet with expert | 1.20 |
| 1/8/2024 | LKB | Review Excel spreadsheets for duplicate file; Email with attorney Myers re: same | 1.00 |
| | LKB | Upload Excel files to Dropbox; Share with J. Munson via email | 0.40 |
| | RBM | Email and discussions regarding discovery to expert | 0.40 |
| 1/9/2024 | RBM | Emails with expert | 0.10 |
| | RBM | Emails with clients and opposing counsel regarding deposition | 0.20 |
| 1/10/2024 | RBM | Emails from opposing counsel's office; Review request for production response; Email to opposing counsel to request conferral | 0.20 |
| 1/12/2024 | RBM | Emails with opposing counsel regarding subpoena | 0.10 |
| 1/15/2024 | RBM | Email to opposing counsel regarding discovery production; Review correspondence and request for production response regarding same | 0.20 |
| | RBM | Zoom meeting with expert | 2.50 |
| 1/16/2024 | LKB | Download supplemental discovery | 0.10 |
| | LKB | Request access to discovery from Deloitte Consulting; Create account and contact IT; Download files | 0.70 |

| | | | |
|---|---|---|---:|
| | HMY | Discovery organization task in preparation for depositions | 3.00 |
| | RBM | Emails with opposing counsel and paralegal regarding discovery production | 0.30 |
| | RBM | Prepare for deposition (Sara Parker); Document review and emails regarding same | 5.60 |
| 1/17/2024 | LKB | Combine and format electronic production from Deloitte; Email with attorney Myers | 0.20 |
| | LKB | Save documents from UFCW 555 | 0.10 |
| | HMY | Discovery organization task in preparation for depositions | 1.30 |
| | RBM | Deposition of Sara Parker | 4.40 |
| | RBM | Emails with paralegal regarding discovery review | 0.10 |
| | RBM | Review documents responsive to discovery; Emails regarding same | 0.40 |
| 1/18/2024 | HMY | Discovery organization task in preparation for depositions | 0.30 |
| | RBM | Conferral with opposing counsel | 0.80 |
| | RBM | Initial preparation for deposition of Shruti Raj; Review discovery regarding same | 0.70 |
| 1/19/2024 | LKB | Cancel deposition with court reporter | 0.10 |
| | LKB | Download supplemental production | 0.10 |
| | RBM | Emails regarding deposition | 0.10 |
| | RBM | Emails regarding discovery | 0.10 |
| | RBM | Document review for deposition preparation | 0.50 |
| 1/19/2024 | RBM | Review new discovery production from defendant | 0.70 |
| 1/21/2024 | RBM | Prepare for deposition | 1.80 |
| 1/22/2024 | LKB | Produce subpoenaed documents to defendant via Dropbox | 0.20 |
| | RBM | Deposition of Shruti Raj | 5.80 |
| | RBM | Emails and telephone conference with client | 0.30 |
| | RBM | Prepare for deposition | 3.60 |
| 1/23/2024 | LKB | Bates-stamp and produce supplemental discovery via email | 0.30 |
| | RBM | Additional deposition preparation; Deposition of Merritt Henderson; Case law search and emails regarding opposing counsel regarding same | 6.10 |
| 1/24/2024 | RBM | Review order on defendant's motion for judgment on the pleadings | 0.20 |
| | RBM | Emails with opposing counsel regarding discovery dispute | 0.10 |
| | RBM | Emails with client | 0.20 |
| | RBM | Emails with Union counsel | 0.10 |
| | MRV | Review complaint and opinion | 0.40 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 1/25/2024 | LKB | Download supplemental discovery | 0.10 |
| | RBM | Review deposition transcript | 0.50 |
| | RBM | Emails regarding deposition | 0.10 |
| 1/26/2024 | LKB | Email to court reporter | 0.10 |
| | RBM | Telephone conference and emails with client | 0.10 |
| | RBM | Draft discovery pleadings (request for production and interrogatories); Review prior discovery pleadings regarding same; Discovery review regarding same; Email to opposing counsel | 1.90 |
| 1/29/2024 | LKB | Email with court reporter re: amended deposition | 0.20 |
| | RBM | Email to opposing counsel regarding discovery; Review discovery, correspondence and conferral notes regarding same | 0.50 |
| | RBM | Emails regarding depositions; Draft notices regarding same | 0.20 |
| 1/30/2024 | LKB | Send amended deposition notices to court reporter | 0.10 |
| | RBM | Emails with opposing counsel regarding settlement negotiations | 0.10 |
| 1/30/2024 | RBM | Email to opposing counsel regarding discovery; review correspondence and discovery pleadings regarding same | 0.50 |
| 2/1/2024 | RBM | Emails with opposing counsel regarding settlement negotiations; Telephone conference with court clerk regarding same; Telephone conferences and emails with clients regarding same | 1.30 |
| | RBM | Emails regarding discovery | 0.10 |
| 2/5/2024 | LKB | Download deposition files | 0.10 |
| | RBM | Draft request for production response; Email to opposing counsel regarding same | 0.40 |
| 2/6/2024 | RBM | Email to court regarding discovery dispute | 0.30 |
| | RBM | Emails with opposing counsel regarding settlement | 0.10 |
| | MRV | Conference with attorney Myers regarding case strategy and topics of legal research | 0.20 |
| 2/7/2024 | LKB | Download deposition transcript and exhibits | 0.10 |
| | RBM | Emails with opposing counsel regarding mediation; Email to court clerk regarding same | 0.10 |
| 2/8/2024 | RBM | Caselaw and statutory review; Emails regarding same | 0.60 |
| | RBM | Telephone message to court clerk regarding mediation; Email from Judge Acosta; Emails with clients and opposing counsel regarding mediation | 0.40 |
| | KDF | Emails with attorney Myers regarding penalty statute | 0.10 |
| 2/9/2024 | RBM | Emails with client regarding mediation | 0.10 |
| | RBM | Emails regarding discovery | 0.10 |
| 2/12/2024 | LKB | Download supplemental discovery from defendant | 0.30 |
| | RBM | Email to opposing counsel regarding court conference | 0.10 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | RBM | Emails with client and opposing counsel regarding deposition | 0.30 |
| 2/13/2024 | LKB | Review discovery for proper spelling of names mentioned in deposition; Email to court reporter | 0.80 |
| | RBM | Prepare deposition transcripts for court review regarding discovery dispute; Emails with court clerk regarding same | 0.30 |
| | RBM | Draft amended deposition notice; Emails regarding same | 0.10 |
| 2/14/2024 | LKB | Email with court reporter to reschedule and confirm depositions | 0.20 |
| 2/14/2024 | LKB | Draft email to plaintiffs re: discovery requests; Email to attorney Myers with question related to bank statements | 0.30 |
| | RBM | Emails regarding deposition | 0.10 |
| | RBM | Prepare for conference with court regarding discovery; Telephone conference | 1.10 |
| 2/15/2024 | RBM | Email to opposing counsel regarding discovery search; Review documents regarding same | 0.20 |
| | RBM | Prepare for deposition; Review discovery regarding same | 3.20 |
| 2/16/2024 | RBM | Deposition of Shannon Gillis | 2.90 |
| | RBM | Telephone conference with opposing counsel regarding discovery | 0.10 |
| | RBM | Emails with client regarding discovery | 0.10 |
| 2/18/2024 | RBM | Begin preparing for Mallik Javvaji deposition; Review deposition transcripts regarding same | 0.50 |
| 2/19/2024 | LKB | Emails with plaintiffs re: second request for production | 0.40 |
| | LKB | Telephone conference with A. Allen re: financial statements and taxes; Access accounts and download same | 0.70 |
| 2/20/2024 | LKB | Contact with multiple plaintiffs re: records responsive to second request for production; Download and organize same | 1.10 |
| | LKB | Bates-stamp and provide records from C. Trent to parties | 0.40 |
| | RBM | Emails regarding discovery | 0.10 |
| | RBM | Finish preparing for deposition of Mallik Javvaji | 1.80 |
| 2/21/2024 | LKB | Telephone conference and emails with N. Urvina and D. Cruz re: record requests; Follow up email to C. Trent re: same | 0.80 |
| | LKB | Download and organize records from plaintiffs | 0.50 |
| | RBM | Deposition (Mallik Javvaji) | 3.50 |
| | RBM | Telephone conference with opposing counsel regarding discovery and settlement | 0.30 |
| | RBM | Draft deposition memorandum to client; Emails with same | 0.50 |
| 2/22/2024 | LKB | Email to N. Urvina; Download bank deposits from same | 0.30 |
| | LKB | Call with D. Cruz re: meeting to exchange documents; Scan documents | 0.50 |
| 2/22/2024 | LKB | Email deposition documents to court reporter | 0.10 |

| | | | |
|---|---|---|---|
| | RBM | Meet with client for deposition preparation; Defended deposition | 2.70 |
| | MRV | Prepare for deposition; Attend deposition | 3.60 |
| 2/26/2024 | LKB | Download statements from N. Urvina | 0.20 |
| | LKB | Communications with plaintiffs re: relocation documents; Download same from A. Allen | 0.50 |
| | RBM | Review defendant's response to discovery pleadings | 0.10 |
| | RBM | Prepare for deposition; Review discovery regarding same | 2.80 |
| 2/27/2024 | LKB | Organize production from plaintiffs; Email to attorney Myers | 0.30 |
| | RBM | Deposition of Amanda Fisher | 5.40 |
| 3/6/2024 | LKB | Download deposition files from court reporter | 0.10 |
| | RBM | Emails with clients regarding mediation | 0.10 |
| | RBM | Email to expert | 0.10 |
| | RBM | Email to opposing counsel regarding discovery; review discovery pleadings regarding same | 0.20 |
| | RBM | Telephone conference with witness; Review documents regarding same | 0.30 |
| 3/11/2024 | RBM | Emails to opposing counsel regarding conferral call | 0.10 |
| 3/12/2024 | LKB | Draft notice of appearance; Email to attorney Vafa | 0.50 |
| | RBM | Emails with opposing counsel regarding conferral; Review correspondence and rules regarding same; Caselaw review regarding same | 0.80 |
| | RBM | Data review and manipulation regarding damages analysis | 1.70 |
| 3/13/2024 | LKB | Download supplemental discovery from defendant | 0.20 |
| | RBM | Email to expert | 0.10 |
| 3/14/2024 | RBM | Emails with opposing counsel regarding conferral; Caselaw review regarding same | 0.30 |
| 3/15/2024 | HMY | Work on organizing and printing transcripts | 0.40 |
| 3/18/2024 | LKB | Finalize and file notice of appearance | 0.70 |
| 3/19/2024 | LKB | Download supplemental discovery | 0.10 |
| 3/19/2024 | LKB | Bates-stamp discovery; Share same via Dropbox with parties | 0.50 |
| | LKB | Contact court reporter re: Fisher transcript | 0.10 |
| | RBM | Review documents production; Emails regarding same | 0.60 |
| | RBM | Review correspondence to prepare for conferral with opposing counsel; Conferral with opposing counsel | 0.90 |
| 3/20/2024 | LKB | Download Fisher deposition files | 0.10 |
| | RBM | Telephone message from expert; Telephone conference with expert; Emails to expert | 0.60 |
| 3/21/2024 | LKB | Email to court reporter and attorney Myers re: canceled deposition | 0.10 |

| 3/25/2024 | RBM | Edit MOET; Emails to opposing counsel regarding conferral and MOET | 1.00 |
|---|---|---|---|
| 3/26/2024 | HMY | Prepare and file third MOET | 0.20 |
| | RBM | Emails regarding MOET | 0.10 |
| | RBM | Begin reviewing discovery | 1.80 |
| 3/27/2024 | RBM | Continue reviewing discovery | 1.30 |
| | RBM | Emails with expert | 0.10 |
| 3/28/2024 | RBM | Emails with opposing counsel regarding motion practice conferral | 0.10 |
| 3/29/2024 | HMY | Work on initial disclosures | 1.50 |
| | RBM | Draft request for production; Review discovery, deposition transcripts and past discovery pleadings regarding same; Email to opposing counsel regarding same | 1.40 |
| 4/2/2024 | RBM | Email to opposing counsel regarding discovery | 0.10 |
| 4/3/2024 | RBM | Emails with opposing counsel regarding discovery conferral | 0.10 |
| | RBM | Emails with opposing counsel regarding discovery conferral | 0.10 |
| 4/4/2024 | RBM | Prepare for discovery conferral with opposing counsel; Telephone conference with opposing counsel | 0.70 |
| | RBM | Review discovery | 0.80 |
| 4/5/2024 | RBM | Review discovery and related pay records | 2.70 |
| 4/6/2024 | RBM | Review discovery pleadings regarding conferral | 0.20 |
| 4/16/2024 | RBM | Telephone conference with client | 0.40 |
| 4/19/2024 | RBM | Initial review of motion for summary judgment and supporting declaration | 0.40 |
| 4/21/2024 | RBM | Statutory review and legislative history search; Email regarding same | 0.60 |
| 4/22/2024 | HMY | Download and forward motion for summary judgment pleadings with exhibits | 0.20 |
| | RBM | Emails regarding motion for summary judgment response | 0.10 |
| | RBM | Emails with client regarding conversion claim | 0.20 |
| 4/23/2024 | RBM | Emails regarding motion for summary judgment response | 0.10 |
| 4/25/2024 | LKB | Upload files to Dropbox; Attempt to share electronic data with expert J. Munson | 0.40 |
| | RBM | Meet with expert | 2.50 |
| 4/26/2024 | RBM | Discussions and emails regarding research on motion for summary judgment response; Caselaw search and review regarding same | 1.90 |
| 4/29/2024 | RBM | Review discovery email from opposing counsel's office | 0.10 |
| 4/30/2024 | LKB | Download supplemental discovery | 0.10 |
| | RBM | Review defendants request for production response; Review discovery; Email to opposing counsel regarding same | 1.20 |

| 5/1/2024 | RKM | Continue reviewing law related to issues raised by defendant's motion for summary judgment; Continue drafting memorandum to attorney Myers regarding issues raised by defendant's motion for summary judgment | 6.90 |
| | RBM | Discussion and email with clerk regarding response to motion for summary judgment; Review discovery regarding same | 0.20 |
| | RBM | Email to opposing counsel regarding mediation | 0.10 |
| 5/2/2024 | RKM | Continue reviewing law related to issues raised by defendant's motion for summary judgment; Continue drafting memorandum to attorney Myers regarding issues raised by defendant's motion for summary judgment | 6.00 |
| 5/6/2024 | RKM | Continue reviewing law related to issues raised by defendant's motion for summary judgment; Continue drafting memorandum to attorney Myers regarding issues raised by defendant's motion for summary judgment | 5.40 |
| 5/7/2024 | HMY | Download discovery | 0.20 |
| | RBM | Email to opposing counsel regarding discovery | 0.10 |
| 5/8/2024 | RBM | Email to opposing counsel regarding conferral | 0.10 |
| | RBM | Draft mediation statement; Revised damages calculations regarding same; Review discovery and compile exhibits; Email to mediation | 10.20 |
| 5/8/2024 | RBM | Email to opposing counsel regarding MOET | 0.10 |
| 5/9/2024 | HMY | File MOET with USDC | 0.20 |
| | RBM | Emails with opposing counsel regarding discovery conferral | 0.10 |
| | RBM | Emails with opposing counsel regarding MOET; Draft same | 0.20 |
| | RBM | Caselaw, statute and rule review regarding response to motion for summary judgment; Legislative history research regarding same | 2.70 |
| 5/10/2024 | RBM | Review exhibits in support of partial motion for summary judgment; Emails with client regarding same; Review rules and statutes regarding same | 2.30 |
| | RBM | Telephone message from client and telephone conference with client | 0.10 |
| | RBM | Email to opposing counsel regarding mediation | 0.10 |
| 5/11/2024 | RBM | Review discovery regarding motion for summary judgment response; Review motion for summary judgment filings regarding same | 2.00 |
| 5/12/2024 | RBM | Draft memorandum to clients regarding mediation; Emails with clients regarding same | 1.30 |
| | RBM | Continue working on response to motion for summary judgment; Caselaw search regarding same; Review transcripts regarding same | 2.70 |
| 5/13/2024 | HMY | Work on marking excerpts of deposition transcripts | 0.50 |
| | RKM | Review law regarding complexity of accounts as basis for suit for equitable accounting; Draft memorandum regarding same; Email memorandum to attorney Myers regarding same | 4.30 |
| | RBM | Telephone conference with opposing counsel regarding discovery conferral; Review discovery and discovery pleadings regarding same | 0.60 |
| | RBM | Telephone message from client and telephone conference with client | 0.30 |

| | | | |
|---|---|---|---|
| | RBM | Continue reviewing documents for response to motion for partial summary judgment | 3.90 |
| 5/14/2024 | MRV | Research on cases involving reduction in employee's pay vs. deduction | 3.00 |
| | MRV | Research caselaw regarding Durland v. Straub and Richardson v. Sunset Park Credit Union | 0.60 |
| | HMY | Work on marking excerpts of deposition transcripts (1.8);  Emails with attorney re:  motion for summary judgment preparation, filing and instructions (.7); Prepare and send agreements and declaration to clients for e-signature (.8);  Bates-stamp exhibits (.3) | 3.60 |
| | RBM | Telephone conference with client | 0.30 |
| 5/14/2024 | RBM | Emails with attorney Vafa regarding caselaw search on deduction claim | 0.20 |
| | RBM | Finish drafting brief and supporting declaration in response to motion for summary judgment; Caselaw search regarding same; Discovery review regarding same; Emails regarding same | 11.20 |
| | RBM | Emails with client | 0.10 |
| 5/15/2024 | MMJ | Assisted attorney Myers with mediation; Conference room set up; Lunch for clients | 1.00 |
| | RBM | Mediation; Telephone conferences, emails and meetings regarding same | 5.80 |
| 5/17/2024 | RBM | Communications with client regarding settlement; Emails with mediator regarding same; Caselaw search regarding same | 2.30 |
| 5/18/2024 | RBM | Email to mediator | 0.10 |
| 5/22/2024 | MSO | Conference with attorney Myers regarding strategy for settlement discussions | 0.30 |
| | RBM | Email from mediator with settlement offer; Caselaw search and emails regarding same; Review IRS memorandum regarding same; Email regarding research regarding same | 1.60 |
| | RBM | Discussion with attorney Olney regarding counter offer | 0.30 |
| | KDF | Emails with attorney Myers regarding research task | 0.10 |
| 5/23/2024 | RBM | Emails with attorney Flanagan regarding settlement offer research | 0.10 |
| | RBM | Emails to opposing counsel regarding settlement | 0.10 |
| | RBM | Emails, text and telephone conferences with clients regarding settlement offer | 0.90 |
| | KDF | Research regarding reversionary fund settlement term; Emails with attorney Myers regarding same | 0.60 |
| 5/24/2024 | KDF | Review email inquiry requesting research assistance from attorney Myers and respond; Legal research regarding distinction between "non-reversionary fun" and "common fund"; Draft analysis; Follow up email exchange with attorney Myers | 2.30 |
| | HMY | File status report with the court | 0.20 |
| | RBM | Telephone conference with opposing counsel | 0.10 |
| | RBM | Emails with Judge regarding settlement; Caselaw review regarding same | 0.60 |

|  |  |  |  |
|---|---|---|---|
|  | RBM | Draft status report; Emails regarding same | 0.20 |
| 5/29/2024 | RBM | Review email from opposing counsel regarding settlement offer; Follow up emails regarding same; Compare with prior offers; Begin drafting proposed counter | 0.50 |
|  | RBM | Telephone conference with expert | 0.60 |
| 5/30/2024 | RBM | Communications with clients regarding settlement | 1.20 |
| 5/31/2024 | RBM | Emails to opposing counsel regarding settlement; Research regarding same | 0.90 |
| 6/4/2024 | RBM | Emails to opposing counsel regarding settlement offer | 0.10 |
| 6/5/2024 | RBM | Email from opposing counsel with settlement offer; Telephone message and telephone conference with clients regarding same | 1.30 |
| 6/6/2024 | RBM | Email to opposing counsel regarding settlement | 0.10 |
| 6/7/2024 | RBM | Telephone message from expert and telephone conference with expert | 0.10 |
| 6/12/2024 | RBM | Emails with client | 0.10 |
| 6/13/2024 | HMY | File status report with the court | 0.20 |
|  | RBM | Emails with opposing counsel regarding settlement; Draft status report; Email to mediator | 0.40 |
|  | RBM | Emails and telephone conference with clients regarding settlement offer | 0.50 |
| 6/14/2024 | RBM | Emails regarding settlement offer | 0.20 |
| 6/18/2024 | RBM | Emails with Union counsel | 0.10 |
| 6/21/2024 | RBM | Emails with mediator regarding settlement; Emails and telephone conference with clients regarding same | 0.60 |
| 6/23/2024 | RBM | Draft settlement agreement; Review correspondence regarding same; Research regarding same | 5.70 |
| 6/24/2024 | RBM | Email to opposing counsel with settlement agreement | 0.10 |
|  | RBM | Emails and telephone conference with client regarding settlement; Emails with mediator regarding same | 0.40 |
| 6/25/2024 | RBM | Emails with client regarding settlement | 0.20 |
| 7/9/2024 | RBM | Emails with client | 0.10 |
| 7/11/2024 | RBM | Emails with opposing counsel | 0.10 |
|  | RBM | Begin drafting class notice | 2.70 |
| 7/14/2024 | RBM | Finish drafting class notice | 1.90 |
| 7/15/2024 | RBM | Additional edits to draft class notice; Email to opposing counsel regarding same | 0.40 |
| 7/16/2024 | RBM | Emails with opposing counsel regarding settlement | 0.10 |
| 7/17/2024 | HMY | Draft substitution of counsel | 0.50 |
|  | RBM | Begin reviewing draft settlement agreement | 0.70 |

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 7/18/2024 | RBM | Emails with opposing counsel regarding settlement administrators | 0.10 |
| 7/19/2024 | RBM | Emails to settlement administrators | 0.40 |
| 7/22/2024 | RBM | Emails with settlement administrator | 0.10 |
| | RBM | Emails with client | 0.10 |
| 7/25/2024 | RBM | Review and edit substitution of counsel filing | 0.10 |
| 7/26/2024 | HMY | Prepare and file substitution with the court | 0.30 |
| | RBM | Emails with settlement administrators | 0.10 |
| 7/29/2024 | RBM | Emails with settlement administrator; Emails with opposing counsel regarding same | 0.30 |
| 7/30/2024 | LKB | Send quote documents to all parties via Dropbox | 0.10 |
| | RBM | Emails with opposing counsel regarding settlement administrator | 0.20 |
| | RBM | Continue review of settlement agreement | 0.90 |
| 8/1/2024 | RBM | Continue reviewing settlement agreement; Edit same; Research regarding same | 5.20 |
| 8/2/2024 | RBM | Additional edits to settlement agreement; Edit to class notice; Draft order for preliminary approval; Email to opposing counsel regarding same | 4.50 |
| 8/5/2024 | MSO | Review UFCW complaint and contract; Discuss settlement terms with attorney Myers and strategy with Union | 0.70 |
| | RBM | Email from opposing counsel; Review documents from same | 0.20 |
| | RBM | Telephone conference with opposing counsel | 0.30 |
| | RBM | Telephone message, telephone conference and emails with Union counsel | 0.60 |
| | RBM | Telephone conference and emails with Union counsel | 1.10 |
| 8/6/2024 | RBM | Emails with opposing counsel regarding settlement negotiations | 0.10 |
| 8/9/2024 | RBM | Emails with client | 0.10 |
| 8/12/2024 | RBM | Emails with opposing counsel regarding settlement | 0.10 |
| 8/14/2024 | KDF | Research regarding ERISA preemption | 0.40 |
| | RBM | Telephone conference with opposing counsel | 0.40 |
| | RBM | Begin drafting motion for preliminary approval | 2.70 |
| | RBM | Emails with opposing counsel regarding settlement | 0.10 |
| 8/15/2024 | RBM | Emails with opposing counsel | 0.20 |
| 8/16/2024 | RBM | Emails with opposing counsel regarding settlement; Additional review of settlement agreement | 0.40 |
| 8/19/2024 | RBM | Emails with opposing counsel | 0.10 |
| | RBM | Continue drafting motion for preliminary approval | 3.20 |
| 8/20/2024 | RBM | Final review of settlement agreement; Incorporated edits; Email to opposing counsel regarding same | 0.40 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | RBM | Continue drafting motion for preliminary approval | 2.80 |
| 8/22/2024 | RBM | Emails with settlement administrator | 0.10 |
| 8/25/2024 | RBM | Caselaw search regarding class certification and 2018 amendments to rule; Review same | 3.10 |
| 8/26/2024 | LKB | Send settlement to plaintiffs for electronic signatures | 0.30 |
| | RBM | Emails with clients regarding settlement agreement | 0.40 |
| 8/27/2024 | LKB | Email with attorney Myers re: signatures on settlement | 0.10 |
| | RBM | Emails regarding settlement agreement | 0.30 |
| | RBM | Additional drafting of motion for preliminary approval | 0.90 |
| 8/28/2024 | LKB | Download finalized agreement; Email to attorney Myers re: same | 0.10 |
| | RBM | Emails with settlement administrator | 0.10 |
| 9/2/2024 | RBM | Continue drafting motion for preliminary approval | 1.60 |
| 9/3/2024 | RBM | Continue drafting motion for preliminary approval; Additional caselaw search and review regarding same | 2.70 |
| 9/4/2024 | RBM | Final edits to motion for preliminary approval; Draft supporting declaration | 1.90 |
| 9/5/2024 | RBM | Emails with opposing counsel regarding settlement; Review settlement agreement regarding same | 0.20 |
| 9/9/2024 | RBM | Email to Union counsel | 0.20 |
| 9/10/2024 | RBM | Emails with Union attorney | 0.40 |
| 9/11/2024 | RBM | Edit to declaration in support of motion for preliminary approval; Emails regarding same | 0.40 |
| 9/12/2024 | HMY | Mark exhibit | 0.10 |
| | RBM | Emails with client | 0.10 |
| | RBM | Emails with opposing counsel regarding motion for preliminary approval; Final edit to same; Final edit to declaration | 0.70 |
| 9/13/2024 | HMY | Prepare and file motion for preliminary approval of settlement, supporting declaration and proposed order | 0.80 |
| | RBM | Email to court clerk | 0.10 |
| | RBM | Emails with settlement administrator | 0.10 |
| 9/18/2024 | RBM | Telephone conference with mediator | 0.50 |
| 9/27/2024 | RBM | Emails regarding motion for preliminary approval | 0.10 |
| 10/3/2024 | RBM | Emails with client | 0.10 |
| 10/17/2024 | RBM | Review order from court; Review settlement agreement; Emails to opposing counsel and attorney Flanagan; Caselaw search and review regarding same | 1.70 |
| | RBM | Telephone conference with opposing counsel | 0.30 |
| 10/18/2024 | RBM | Emails to colleagues regarding supplemental briefing; Begin reviewing time ledger; Caselaw search and review regarding same | 1.60 |

| | | | |
|---|---|---|---|
| | RBM | Emails with client | 0.10 |
| 10/20/2024 | RBM | Prepare for Monday meeting with attorneys Flanagan and Olney; Research regarding same | 1.10 |
| 10/21/2024 | MSO | Review order; Conference with lead counsel regarding strategy for responding to judge's concern | 0.40 |
| | KDF | Meeting with attorneys Olney and Myers (.5);Review judge's order and perform research related to reasonable attorneys fees  (2.9) | 3.40 |
| | RBM | Meet with attorneys Flanagan and Olney to discuss response to court's denial of motion for preliminary approval | 0.50 |
| 10/22/2024 | KDF | Research, draft summary of research regarding attorneys fees | 2.70 |
| 10/23/2024 | KDF | Review and revise research summary; Continue to perform research regarding attorneys fees issues; Summarize findings in email to attorney Myers; Review response; begin research in response to follow up questions | 3.70 |
| | RBM | Review memorandum from attorney Flanagan; Caselaw review regarding same; Emails regarding same | 0.70 |
| 10/24/2024 | KDF | Review motion to approve preliminary settlement and re-review judge's order denying motion; Research relating to clear-sailing agreements, Bluetooth factors and attorneys fees (3.2); Conference with attorney Myers regarding research findings (.4) | 3.60 |
| | RBM | Discussion with attorney Flanagan regarding research on second motion for settlement approval | 0.40 |
| | RBM | Telephone conference with client | 0.10 |
| 10/28/2024 | KDF | Conversation with attorney Myers regarding status of research | 0.30 |
| | RBM | Discussions with attorney Flanagan regarding additional caselaw for supplemental briefing to the court on preliminary approval | 0.30 |
| 10/29/2024 | KDF | Research related to attorneys fees, settlement agreements, distill findings in memorandum; Draft email to attorney Myers with summary | 4.20 |
| | RBM | Email from Union counsel; Telephone conferences regarding same | 0.40 |
| | RBM | Email from attorney Flanagan regarding caselaw memorandum; Caselaw search and review regarding same | 0.90 |
| | | **SUBTOTAL:** | 586.30 |

**TIMEKEEPER SUMMARY**

| | |
|---|---|
| Aruna A. Masih (attorney/partner) | 0.30 |
| Dylan P. Jensen (associate attorney) | 7.60 |
| Emily A. Mattioli (law clerk) | 5.00 |
| Evianna A. Colvin (law clerk) | 37.70 |
| Heather M. York (paralegal) | 19.50 |
| Kate D. Flanagan (associate attorney) | 27.60 |
| Leah K. Bazzani (paralegal) | 42.60 |
| Maral E. Deyrmenjian (associate attorney) | 2.20 |
| Margaret S. Olney (attorney/partner) | 1.80 |
| Mary-Margaret E. Jenkins (paralegal) | 1.00 |
| Michael R. Vafa (associate attorney) | 7.80 |
| Richard B. Myers (attorney/partner) | 410.60 |
| Ryan K. Michael (law clerk) | 22.60 |