IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SAMANTHA WOODY, APRIL ALLEN, DELIA CRUZ, CANDICE TRENT, and NICOLE URVINA,<br><br>Plaintiffs,<br><br>v.<br><br>FRED MEYER STORES, INC.,<br><br>Defendant. | 3:22-cv-01800-HZ<br><br>ORDER GRANTING UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT |

This matter having come before the Court on the Unopposed Motion For Final Approval of Settlement filed by Plaintiffs Samantha Woody, April Allen, Delia Cruz, Candice Trent, and Nicole Urvina, and the Court having considered the filings in support of Plaintiffs' Motion and heard argument of counsel for Plaintiffs and Defendant Fred Meyer Stores, Inc., at a hearing on July 9, 2025;

NOW HEREBY THE COURT ORDERS THE FOLLOWING:

1.  The Court confirms its preliminary conclusion that the settlement class meets the requirements of Federal Rule of Civil Procedure 23(a), its approval of Bennett Hartman as class

1 – ORDER GRANTING UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT

counsel, and its finding that the Rule 23(b)(3) factors are met.

2.    The Court finds that the notice provided to the class was adequate, reasonable, and satisfies the requirements of Rule 23.

3.    The Court finds that the proposed service award of $9,500 per named Plaintiff is reasonable and appropriate.

4.    The Court finds that attorney fees of $750,000 and costs of $51,838.75 are reasonable and appropriate.

5.    The Court finds that Rust Consulting's costs of $86,030 are reasonable and appropriate.

Accordingly, the Court finds that the settlement is fair, reasonable, and adequate and GRANTS final approval of the settlement upon the terms set forth in the Settlement Agreement.

DATED this __9__ day of July, 2025.

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States Senior District Judge